IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RACHEL BROOKE PAGELER,<br><br>    Defendant. | 4:21CR3070<br><br>**ORDER** |

After entering my prior order, (Filing No. 67), the court was notified that Defendant Pageler is now facing several serious felony charges filed in the District Court of Lancaster County, Nebraska. If she is released from federal custody, she must be turned over to Lancaster County.

Accordingly,

IT IS ORDERED:

1) The court's prior order granting temporary release, (Filing No. 67), is vacated.

2) Defendant's motion for temporary release, (Filing No. 66), is denied.

3) The clerk shall provide a copy of this order to the Marshal.

July 7, 2022.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge